AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

**12-92M**

## Return

| Case No.: 305C-PG-77634 | Date and time warrant executed: 2/15/12 09:47 AM | Copy of warrant and inventory left with: AT Residence |
|---|---|---|

Inventory made in the presence of: SA CARTER

Inventory of the property taken and name of any person(s) seized: (see Attached)

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 2/16/12

_____
Executing officer's signature

Thomas N. Carter SA FBI
Printed name and title

FD-597 (Rev 8-11-94)                                                                 Page  1  of  1

# UNITED STATES DEPARTMENT OF JUSTICE
# FEDERAL BUREAU OF INVESTIGATION
### Receipt for Property Received/Returned/Released/Seized

File # 30SA-PG-79634

On (date) 2/15/2012

item(s) listed below were:
☐ Received From
☐ Returned To
☐ Released To
☒ Seized

(Name) Armando Cruz
(Street Address) 420 North Pitt Street
(City) Mercer, PA

Description of Item(s): (1) Polaroid disposable camera; numerous miscellaneous CDs & DVDs; (4) cell phones; (4) cameras; (2) Harddrives; (1) thumb drive; (1) small silver vibrator; (2) letters addressed to Armando Cruz; (3) black cases containing miscellaneous CDs/DVDs; (1) HP Pavilion SN# CNH-51404GX; (1) letter to Gregory Cruz; (1) small silver pipe.

Received By: _____     Received From: TammC
                    (Signature)                               (Signature)
                                                              SA FBI